Decision Per Curiam.

L. Bucki and Son Lumber Company, a corporation under the laws of New Jersey, Plaintiff in Error, vs. John G. Christopher, Defendant in Error.

Writ of Error to Circuit Court, Duval county; Rhydon M. Call, Judge.

*W. H. Baker and George C. Bedell,* for Plaintiff in Error.

*Cooper & Cooper,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on præcipe of counsel for plaintiff in error.

Decision Per Curiam.